IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VONZELL R. GLASS,

    Petitioner,                    No. CIV S-06-2555 GEB EFB P

    vs.

D.K. SISTO, Warden, et al.,

    Respondents.                <u>ORDER</u>

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested an extension of time to file a response to the petition. *See* Fed. R. Civ. P. 6(b).

       Good cause appearing, it is ORDERED that respondents' December 14, 2007, request is granted and respondents have 20 days from the date this order is served to file a response.

Dated: December 18, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE