IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VONZELL R. GLASS,

     Petitioner,                     No. CIV S-06-2555 GEB EFB P

  vs.

D.K. SISTO, Warden, et al.,

     Respondents.                <u>ORDER</u>

_____/

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested an extension of time to file a response to the petition. *See* Fed. R. Civ. P. 6(b).

     Good cause appearing, it is ORDERED that respondents' January 8, 2008, request is granted and respondents have 20 days from the date this order is served to file their response.

Dated: January 11, 2008.

                                                 /s/ Edmund F. Brennan
                                               EDMUND F. BRENNAN
                                               UNITED STATES MAGISTRATE JUDGE