IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VONZELL R. GLASS,

    Petitioner,                    No. CIV S-06-2555 GEB EFB P

    vs.

D.K. SISTO, Warden, et al.,

    Respondents.               ORDER

                                /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On February 19, 2008, petitioner requested an extension of time to file and serve his reply. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, it is ORDERED that petitioner's February 19, 2008, request for extension of time is granted and petitioner has 30 days from the date this order is served to file and serve his reply.

DATED: February 26, 2008.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE