# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONZELL R. GLASS,<br><br>    Petitioner,<br><br>    v.<br><br>D.K. SISTO, Warden, *et al.*,<br><br>    Respondent. | NO. CV-06-2555-RHW-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY WRIT OF HABEAS CORPUS** |

On January 15, 2009, Magistrate Judge Hutton entered a Report and Recommendation, recommending that Petitioner's Petition Under 28 U.S.C. § 2254 For Writ of Habeas Corpus by a Person in State Custody (Ct. Rec. 1) be denied (Ct. Rec. 25). No objections have been filed.

Having reviewed the Report and Recommendation and the files and records herein, the Court adopts the Magistrate Judge's Report and Recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Report and Recommendation to Deny Writ of Habeas Corpus (Ct. Rec. 25) is **ADOPTED**, in its entirety.

2. Petitioner's Petitioner under 28 U.S.C. § 2254 For Writ of Habeas Corpus by a Person in State Custody (Ct. Rec. 1) is **DENIED**.

3. Judgment is entered in favor of Respondent and against Petitioner.

///

///

**ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY WRIT OF HABEAS CORPUS ~ 1**

1  **IT IS SO ORDERED.**  The District Court Executive is directed to enter this
2  Order, forward copies to Petitioner and counsel, and close the file.
3  **DATED** this 9th day of April, 2009.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
United States District Judge

Q:\CAED cases\Glass\adoptrr2.wpd

**ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY WRIT OF HABEAS CORPUS ~ 2**